IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 20 C 2506 |
| UNITY FENCING COMPANY, an Illinois corporation, | ) ) ) ) | JUDGE JOHN R. BLAKEY |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO:  Mr. Charles E. Wilson, Registered Agent/President   Mr. Charles E. Wilson, Registered Agent/President
Unity Fencing Company                                     Unity Fencing Company
2532 W. Warren Boulevard, Suite 2                         4738 W. Walton Street
Chicago, IL  60612-2124                                   Chicago, IL  60651-3331

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with

Rule 41(a)(1)(i), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the

rights of Plaintiffs.

/s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Unity Fencing\#28920\notice of voluntary dismissal.pnr.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of August 2020:

      Mr. Charles E. Wilson, President
      Unity Fencing Company
      2532 W. Warren Boulevard, Suite 2
      Chicago, IL 60612-2124

      Mr. Charles E. Wilson, President
      Unity Fencing Company
      4738 W. Walton Street
      Chicago, IL 60651-3331

      /s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Unity Fencing\#28920\notice of voluntary dismissal.pnr.df.wpd